Todd M. Friedman (SBN 216752)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br> vs.<br><br>ALIANT PAYMENT SYSTEMS, INC.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 3:18-cv-01420-MEJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice as to the individual claims and without prejudice as to the putative class claims. Each party shall bear their own costs and fees. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

Notice of Dismissal  - 1

RESPECTFULLY SUBMITTED this 27th of April 2018.

By:   /s/Adrian R. Bacon
Adrian R. Bacon
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

# **CERTIFICATE OF SERVICE**

Filed electronically on April 27 2018, with:

United States District Court CM/ECF system

Notification sent electronically on April 27, 2018, to:

To the Honorable Court, all parties and their Counsel of Record

By: s/ Adrian R. Bacon Esq.
      Adrian R. Bacon Esq.